■ 78TH & PARK CORPORATION, Appellant, v THOMAS G. HOCHFELDER et al., Respondents. [678 NYS2d 724] —Appeal from order, Supreme Court, New York County (Carol Huff, J.), entered January 6, 1998, unanimously dismissed, *sua sponte*, without costs or disbursements, in light of the subsequent judgment of the same court and Justice, entered on or about June 19, 1998.

No opinion. Concur—Sullivan, J. P., Nardelli, Williams and Andrias, JJ.